UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| RANDY PILANT | 6:16-CV-00555-TC |
| Plaintiff, | |
| v. | ORDER |
| DITECH FINANCIAL LLC, and Does 1-50, | |
| Defendants. | |

COFFIN, Magistrate Judge:

Defendant filed a motion (#20) to compel and for monetary sanctions. Pro se plaintiff responded with a motion to voluntarily dismiss the action with prejudice. The latter motion is allowed. The motion to compel is denied as moot and the motion for monetary sanctions is denied as an award of monetary sanctions in the circumstances of this case would be unjust, especially in light of the voluntary dismissal with prejudice. .

Page 1 - ORDER

## Conclusion

Plaintiff's motion (#22) to voluntarily dismiss is allowed and this action is dismissed with prejudice. Defendant's motion (#20) to compel and for monetary sanctions is denied.

DATED this 3 day of October, 2017 .

_____
THOMAS M. COFFIN
United States Magistrate Judge